# EXHIBIT A

| Defendant | E-Mail Address |
| --- | --- |
| fishwhy | 1143923004@qq.com |
| ch1729 | 13576843083@163.com |
| junxiangmaoyi | 15518967600@163.com |
| brand_1v1_designer_ | 15880446935@163.com |
| ddmyhome | 15905993695@163.com |
| A123ISKOMTN1AA | 19539798020@163.com |
| ke2022 | 1994045938@qq.com |
| juan1688 | 2565829892@qq.com |
| blackbenz | 3505233949@qq.com |
| CCR International | 392013836@qq.com |
| JSFOIRYROU 7-15 Day Delivery | 824398140@qq.com |
| adsl2763 | as78just@qq.com |
| BHGRMY | baihongguanrimaoyi@163.com |
| Hefei Shangsale E-commerce Co., Ltd | baishishi1562@tom.com |
| Lanzon Direct | baymax425@outlook.com |
| duixinju | bbqoobee@outlook.com, fxyuping@163.com |
| changyudao | bqulc06@163.com |
| lilykang | dannyan@aliyun.com |
| jiao06 | dhhaijiao@126.com |
| bei09 | dhliangzicaiwu@163.com |
| datai | dhshen0120@163.com |
| huo05 | dhyugou100@163.com |
| huo06 | dhyugou100@163.com |
| GEEEWN | ggjsig@163.com |
| Helf Outdoor | huirufaus@163.com |
| DRAGON EDGE OUTDOOR | info@warwolf.co |
| dghuda | jbmuc6381@163.com |
| Leisontac | kyles889@sina.com |
| longuan | li19981122@126.com |
| liming's Makeup shop | limingli2020@hotmail.com |
| Funny shooop | lingdingtu2519@163.com |
| Li Ron | lirong2019-us@outlook.com |
| liujieliu | liu777292@163.com, jinhuahan0610@163.com, kblpowercorp@gmail.com |
| fengduwashangmao | luochun83515@126.com |
| hogon | m15685415349@163.com |
| hellosally | m16508744249@163.com |
| lukasamanic | m16560314348@163.com |
| ejuhua | m17064671325@163.com |
| gonzizhen | m17064672237@163.com |
| forbesany | mm18046210965@163.com |
| fredericay | mm18046211129@163.com |

| | |
|---|---|
| elobleamate | mm18046211383@163.com |
| Jacrane | montgomerywyx@yahoo.com |
| Adamion | mujinkeji8800@outlook.com |
| Camouflagecollection | naze@foxmail.com |
| KuangQiQi | nmn802503@163.com |
| goodssky | peterm6999@outlook.com |
| HNQTJC | qiuteng33@126.com |
| kvmfkvj | renshishun11411@outlook.com |
| jinanqiuliangwangluokeji | s560588608ii@163.com |
| curtainy | shinysunday@sina.com |
| euding | shinysunday@sina.com |
| Ehemy | sxs20192020@outlook.com |
| chengdulannongludianzishangwuyouxiangongsi | tdgrio608@163.com |
| Dunsi | tmdung003@gmail.com |
| gucipradas | vip6661208@163.com |
| baitongfushiyouxiangongsi | vmyj71@163.com |
| CUSHDNM | wanjianfeng2004@outlook.com |
| ddmydesign | waysl@helphoupu.com |
| DRAGON | yaanxunwpp@163.com |
| jiexi home | zxj_jj22@163.com, dengbo527@gmail.com, liu777292@163.com |
| KING | zzj5985469@163.com |
| | ebi@sherinianlaw.net |
| | shelly@cheng-ip.com |
| | baruch.gottesman@gmail.com |