# Exhibit 1

| Defendant | Platform | Damages Group | In violation of Order [88]? | Legitimate/Verified Entity Name and Address | Infriging Product Sales Price | Product Type | Visible Number of Products Offered for Sale | Visible Number of Styles | Amount Frozen | Limited Infringing Revenue | Proposed Statutory Damages Award | Proposed Profits Award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A123ISKOMTN1AA | Amazon | A | Yes | None | $58 | clothing, apparel | 15 | 4 | $267 | $71 | $35,000 | |
| Adamion | Amazon | A | Yes | None | $29 | fabrics, printed camouflage patterns | 30 | 15 | $398 | $0 | $35,000 | |
| BHGRMY | Amazon | A | Yes | None | $28 | printed camouflage patterns | 30 | 1 | $5,263 | $40 | $35,000 | $5,263 |
| Camouflagecollection | Amazon | A | Yes | None | $14 | fabrics, printed camouflage patterns | 30 | 1 | $608 | $1,910 | $35,000 | $1,910 |
| chengdulannongludianzishangwuyouxiangongs | Amazon | A | Yes | None | $7 | tactical gear accessories | 30 | 1 | $420 | $8,602 | $35,000 | $8,602 |
| CUSHDNM | Amazon | A | Yes | None | $12 | headwear, tactical gear | 30 | 2 | $97 | $0 | $35,000 | |
| dghuda | Amazon | A | Yes | None | $12 | headwear, tactical gear | 30 | 3 | $104 | $0 | $35,000 | |
| DRAGON EDGE OUTDOOR | Amazon | A | Yes | None | $66 | clothing, apparel | 2 | 1 | $0 | $6,126 | $35,000 | $6,126 |
| Dunsi | Amazon | A | Yes | None | $16 | tactical gear accessories | 12 | 1 | $531 | $18 | $35,000 | |
| Ehemy | Amazon | A | Yes | None | $10 | protective gear and equipment | 26 | 4 | $1,520 | $13,544 | $35,000 | $13,544 |
| Hefei Shangsale E-commerce Co., Ltd | Amazon | A | Yes | None | $8 | fabrics, printed camouflage patterns | 10 | 1 | $27 | $15 | $35,000 | |
| Helf Outdoor | Amazon | A | Yes | None | $15 | armor | 30 | 1 | $136 | $219 | $35,000 | |
| HNQTJC | Amazon | A | Yes | None | $7 | headwear | 30 | 1 | $410 | $3,513 | $35,000 | $3,513 |
| Jacrane | Amazon | A | Yes | None | $16 | printed camouflage patterns | 30 | 10 | $3,032 | $19 | $35,000 | $3,032 |
| JSFOIRYROU 7-15 Day Delivery | Amazon | A | Yes | None | $49 | clothing, apparel | 30 | 4 | $0 | $55 | $35,000 | |
| kvmfkvj | Amazon | A | Yes | None | $21 | printed camouflage patterns | 30 | 1 | $864 | $0 | $35,000 | |
| Lanzon Direct | Amazon | A | Yes | None | $13 | armor | 3 | 1 | $235 | $6,697 | $35,000 | $6,697 |
| Leisontac | Amazon | A | Yes | None | $25 | tactical gear accessories | 30 | 3 | $54 | $208 | $35,000 | |
| Li Ron | Amazon | A | Yes | None | $25 | tactical gear accessories | 30 | 1 | $0 | $3,343 | $35,000 | $3,343 |
| bei09 | DHGate | B | Yes | None | $8-$10 | headwear | 47+ | 12 | $0 | None | $25,000 | |
| brand_1v1_designer_ | DHGate | B | Yes | None | $3-$5 | headwear | 5,000 | 7 | $0 | None | $25,000 | |
| curtainy | DHGate | B | Yes | None | $17-$19 | headwear | 38+ | 13 | $1 | None | $25,000 | |
| datai | DHGate | B | Yes | None | $9-$10 | tactical gear accessories | 64+ | 20 | $0 | None | $25,000 | |
| ddmydesign | DHGate | B | Yes | None | $51-$53 | apparel | 20+ | 12 | $184 | None | $25,000 | |
| ddmyhome | DHGate | B | Yes | None | $18-$19 | headwear | 54+ | 1 | $532 | None | $25,000 | |
| duixinju | DHGate | B | Yes | None | $32-$40 | clothing, apparel | 20 | 2 | $0 | None | $25,000 | |
| ejuhua | DHGate | B | Yes | None | $7-$8 | headwear | 94+ | 17 | $1 | None | $25,000 | |
| elobleamate | DHGate | B | Yes | None | $7-$8 | headwear | 88+ | 14 | $0 | None | $25,000 | |
| euding | DHGate | B | Yes | None | $12-$14 | printed camouflage patterns | 54+ | 1 | $0 | None | $25,000 | |
| forbesany | DHGate | B | Yes | None | $8-$10 | printed camouflage patterns | 81+ | 1 | $46 | None | $25,000 | |
| fredericay | DHGate | B | Yes | None | $11 | headwear | N/A | 1 | $0 | None | $25,000 | |
| gonzizhen | DHGate | B | Yes | None | $28.58-$34.06 | tactical gear accessories | 24+ | 1 | $0 | None | $25,000 | |
| gucipradas | DHGate | B | Yes | None | $35.82-$57.60 | apparel, printed camouflage patterns | 2,700 | 1 | $0 | None | $25,000 | |
| hellosally | DHGate | B | Yes | None | $6.50-9.29 | headwear, printed camouflage pattern | 100 | 5 | $8 | None | $25,000 | |
| hogon | DHGate | B | Yes | None | $22.77-$33.34 | clothing, apparel | 9+ | 1 | $0 | None | $25,000 | |
| huo05 | DHGate | B | Yes | None | $9.66-$10.99 | protective gear and equipment, tactical gear accessorie | 42+ | 3 | $0 | None | $25,000 | |
| huo06 | DHGate | B | Yes | None | $9.66-$10.99 | protective gear and equipment, tactical gear accessorie | 42+ | 3 | $0 | None | $25,000 | |
| jiao06 | DHGate | B | Yes | None | $10.36-$11.70 | protective gear and equipment, tactical gear accessorie | 39 | 9 | $0 | None | $25,000 | |
| ke2022 | DHGate | B | Yes | None | $1.38-$5.48 | headwear, printed camouflage pattern | 208 | 15 | $0 | None | $25,000 | |
| lilykang | DHGate | B | Yes | None | $2.46-$3.42 | clothing, apparel, headwear | 500 | 3 | $66 | None | $25,000 | |
| lukasamanic | DHGate | B | Yes | None | $6.58-$7.96 | headwear | 99 | 5 | $1 | None | $25,000 | |
| ch1729 | eBay | A | Yes | None | $17 | headwear | 10 | 1 | $125 | $70 | $35,000 | |
| liming's Makeup shop | eBay | A | Yes | None | $1.75-$2.06 | headwear | 5 | 34 | $220 | $14 | $35,000 | |
| baitongfushiyouxiangongsi | Walmart | A | Yes | None | $14 | headwear, tactical gear | N/A | 1 | $139 | $14 | $35,000 | |
| changyudao | Walmart | A | Yes | None | $44.05 | clothing, apparel | N/A | 15 | $0 | None | $35,000 | |
| fengduwashangmao | Walmart | A | Yes | None | $101.57 | clothing, apparel | N/A | 7 | $1,909 | $102 | $35,000 | $1,909 |
| GEEEWN | Walmart | A | Yes | None | $22.51 | clothing, apparel | N/A | 27 | $300 | None | $35,000 | |
| goodssky | Walmart | A | Yes | None | $15 | headwear, printed camouflage pattern | N/A | 14 | $331 | $15 | $35,000 | |
| jinanqiuliangwangluokeji | Walmart | A | Yes | None | $26 | clothing, apparel | N/A | 11 | $8 | $26 | $35,000 | |
| KuangQiQi | Walmart | A | Yes | None | $14.99 | printed camouflage patterns | N/A | 1 | $512 | $15 | $35,000 | |
| longuan | Walmart | A | Yes | None | $15.07 | tactical gear accessories | N/A | 1 | $1,322 | $15 | $35,000 | $1,322 |
| adsl2763 | Wish | B | Yes | None | $33 | clothing, apparel | N/A | 1 | $0 | $5,446 | $25,000 | |
| blackbenz | Wish | B | Yes | None | $18.28 | clothing, apparel | N/A | 9 | $0 | $33,212 | $25,000 | |
| CCR International | Wish | B | Yes | None | $47.33 | clothing, apparel | N/A | 7 | $0 | $0 | $25,000 | |
| DRAGON | Wish | B | Yes | None | $5.92 | clothing, apparel | N/A | 12 | $0 | $113 | $25,000 | |
| fishwhy | Wish | B | Yes | None | $24.11 | clothing, apparel | N/A | 3 | $0 | $61 | $25,000 | |
| Funny shooop | Wish | B | Yes | None | $54.70 | clothing, apparel | N/A | 9 | $0 | None | $25,000 | |
| jiexi home | Wish | B | Yes | None | $51.19 | clothing, apparel | N/A | 1 | $0 | $129 | $25,000 | |
| juan1688 | Wish | B | Yes | None | $1.80 | clothing, apparel, headwear | N/A | 12 | $44 | $5,523 | $25,000 | |
| junxiangmaoyi | Wish | B | Yes | None | $3.94 | clothing, apparel, headwear | N/A | 6 | $880 | $13,521 | $25,000 | |
| KING | Wish | B | Yes | None | $5.29 | clothing, apparel, headwear | N/A | 26 | $0 | $208 | $25,000 | |
| liujieliu | Wish | B | Yes | None | $1.52 | tactical gear accessories, printed camouflage patterns | N/A | 1 | $0 | $470 | $25,000 | |