IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>Plaintiff,<br><br>v.<br><br>A123ISKOMTN1AA, et al.,<br><br>Defendants. | Case No. 24-cv-06806<br><br>**Judge April M. Perry**<br><br>**Magistrate Judge Maria Valdez** |

**DEFAULT JUDGMENT ORDER**

Crye Precision LLC ("Plaintiff" or "Crye Precision") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "CRYE PRECISION Trademarks") to residents of Illinois.

This Court also finds that the Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

   a. using the CRYE PRECISION Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine

2

Crye Precision product or not authorized by Plaintiff to be sold in connection with the CRYE PRECISION Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Crye Precision product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CRYE PRECISION Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing CRYE PRECISION Trademarks and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the CRYE PRECISION Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount set forth in the below chart for willful use of counterfeit Plaintiff's Trademarks on products sold through the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

| No | URL | Defendant Online Marketplaces Name / Seller Alias | Statutory Damage Award |
|---|---|---|---|
| 1 | amazon.com/sp?seller=A123ISKOMTN1AA | A123ISKOMTN1AA | $500 |
| 3 | amazon.com/sp?seller=A1WQ0YAIP5N3E7 | Adamion | $500 |
| 9 | amazon.com/sp?seller=A2TR22HE2CY65D | BHGRMY | $500 |
| 12 | amazon.com/sp?seller=A1MICH0J84OOE | Camouflagecollection | $2,500 |
| 14 | amazon.com/sp?seller=A3M4XBUO0R5MC0 | chengdulannongludianzishangwuyouxiangongsi | $9,200 |
| 19 | amazon.com/sp?seller=A2R3Z8E22BCUPR | CUSHDNM | $500 |
| 23 | amazon.com/sp?seller=A2V07GYHO8EKVS | dghuda | $500 |
| 27 | amazon.com/sp?seller=A3LF6JSJHLBBBI | DRAGON EDGE OUTDOOR | $6,700 |
| 28 | amazon.com/sp?seller=A1TVSC7DNR0SX | Dunsi | $500 |
| 30 | amazon.com/sp?seller=A3QQECWPEZKXXY | Ehemy | $14,100 |
| 40 | amazon.com/sp?seller=A3TBGE207LAXRU | Hefei Shangsale E-commerce Co., Ltd | $500 |
| 41 | amazon.com/sp?seller=A263SJ8SS7XSED | Helf Outdoor | $500 |
| 44 | amazon.com/sp?seller=A36LJTUFEEDTIR | HNQTJC | $4,100 |
| 46 | amazon.com/sp?seller=A28DK9UBE3IZ4H | Jacrane | $500 |
| 54 | amazon.com/sp?seller=AX223B2QOE3ND | JSFOIRYROU 7-15 Day Delivery | $500 |
| 59 | amazon.com/sp?seller=A2HIZKIO790GDD | kvmfkvj | $500 |
| 61 | amazon.com/sp?seller=A1QTWB0ARZPJ2T | Lanzon Direct | $7,200 |
| 63 | amazon.com/sp?seller=A12SYNJMKNRE66 | Leisontac | $500 |
| 65 | amazon.com/sp?seller=A25YXIZ5GG6QW5 | Li Ron | $3,900 |
| 69 | dhgate.com/store/21756539 | bei09 | $500 |
| 70 | dhgate.com/store/21904929 | brand_1v1_designer_ | $500 |
| 71 | dhgate.com/store/21029693 | curtainy | $500 |
| 72 | dhgate.com/store/18719952 | datai | $500 |
| 73 | dhgate.com/store/21989855 | ddmydesign | $500 |
| 74 | dhgate.com/store/21980114 | ddmyhome | $500 |
| 75 | dhgate.com/store/20062060 | duixinju | $500 |
| 76 | dhgate.com/store/21634846 | ejuhua | $500 |
| 77 | dhgate.com/store/21810801 | elobleamate | $500 |
| 78 | dhgate.com/store/21029696 | euding | $500 |
| 79 | dhgate.com/store/21810877 | forbesany | $500 |

| 80 | dhgate.com/store/21810816 | fredericay | $500 |
|---|---|---|---|
| 81 | dhgate.com/store/21635569 | gonzizhen | $500 |
| 82 | dhgate.com/store/21942697 | gucipradas | $500 |
| 83 | dhgate.com/store/21630914 | hellosally | $500 |
| 84 | dhgate.com/store/20298258 | hogon | $500 |
| 85 | dhgate.com/store/21859850 | huo05 | $500 |
| 86 | dhgate.com/store/21859851 | huo06 | $500 |
| 87 | dhgate.com/store/21569412 | jiao06 | $500 |
| 88 | dhgate.com/store/21772199 | ke2022 | $500 |
| 89 | dhgate.com/store/20290233 | lilykang | $500 |
| 90 | dhgate.com/store/21631142 | lukasamanic | $500 |
| 91 | ebay.com/usr/ch1729 | ch1729 | $500 |
| 98 | ebay.com/usr/liming_76 | liming's Makeup shop | $500 |
| 99 | walmart.com/seller/102514650 | baitongfushiyouxiangongsi | $500 |
| 100 | walmart.com/seller/101653573 | changyudao | $500 |
| 102 | walmart.com/seller/102495377 | fengduwashangmao | $500 |
| 103 | walmart.com/seller/101576728 | GEEEWN | $500 |
| 104 | walmart.com/seller/101646458 | goodssky | $500 |
| 105 | walmart.com/seller/102483338 | jinanqiuliangwangluokeji | $500 |
| 106 | walmart.com/seller/101693141 | KuangQiQi | $500 |
| 107 | walmart.com/seller/102488007 | longuan | $500 |
| 108 | wish.com/merchant/589c0b96373d204f5d8a468a | adsl2763 | $6,000 |
| 109 | wish.com/merchant/5536289b00bfac21e1c4d75c | blackbenz | $38,000 |
| 110 | wish.com/merchant/5874a8a32b3fba4d8824b655 | CCR International | $500 |
| 111 | wish.com/merchant/61a86a77de01f7e5c1c4dedb | DRAGON | $500 |
| 112 | wish.com/merchant/57739f59a6ca281adeaecee4 | fishwhy | $500 |
| 113 | wish.com/merchant/5d4d1b643db43e0ef2bb48a0 | Funny shooop | $500 |
| 114 | wish.com/merchant/55d190825d0c7611cc3d7106 | jiexi home | $500 |
| 115 | wish.com/merchant/5b5c09ad5d12795cf68eca72 | juan1688 | $6,100 |

| 116 | wish.com/merchant/5add55331b98df2f498cb517 | junxiangmaoyi | $14,100 |
| 117 | wish.com/merchant/61349af0a3882f523569ccf6 | KING | $500 |
| 118 | wish.com/merchant/5de22bb229e7866348dd6a29 | liujieliu | $500 |

Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd., and Alibaba.com Singapore E-Commerce Private Limited (collectively "Alibaba"), Amazon.com, Inc. ("Amazon"), Wish US Holdings LLC ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), ByteDance Ltd., TikTok Ltd., TikTok Inc., and TikTok LLC (collectively "TikTok"), and DHgate.com ("DHgate"), (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CRYE PRECISION Trademarks.

Any Third Party Providers holding funds for Defaulting Defendants, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds up to the statutory damages awarded above or other of Defaulting Defendants' assets.

All monies (up to the amount of the statutory damages awarded above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, are

ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail.

The one hundred eighteen thousand dollar ($118,000) ($1,000 per Defendant) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.

Dated: February 18, 2025

April M. Perry
United States District Judge

**SCHEDULE A**

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=A123ISKOMTN1AA | A123ISKOMTN1AA |
| 3 | amazon.com/sp?seller=A1WQ0YAIP5N3E7 | Adamion |
| 9 | amazon.com/sp?seller=A2TR22HE2CY65D | BHGRMY |
| 12 | amazon.com/sp?seller=A1MICH0J84OOE | Camouflagecollection |
| 14 | amazon.com/sp?seller=A3M4XBUO0R5MC0 | chengdulannongludianzishangwuyouxiangongsi |
| 19 | amazon.com/sp?seller=A2R3Z8E22BCUPR | CUSHDNM |
| 23 | amazon.com/sp?seller=A2V07GYHO8EKVS | dghuda |
| 27 | amazon.com/sp?seller=A3LF6JSJHLBBBI | DRAGON EDGE OUTDOOR |
| 28 | amazon.com/sp?seller=A1TVSC7DNR0SX | Dunsi |
| 30 | amazon.com/sp?seller=A3QQECWPEZKXXY | Ehemy |
| 40 | amazon.com/sp?seller=A3TBGE207LAXRU | Hefei Shangsale E-commerce Co., Ltd |
| 41 | amazon.com/sp?seller=A263SJ8SS7XSED | Helf Outdoor |
| 44 | amazon.com/sp?seller=A36LJTUFEEDTIR | HNQTJC |
| 46 | amazon.com/sp?seller=A28DK9UBE3IZ4H | Jacrane |
| 54 | amazon.com/sp?seller=AX223B2QOE3ND | JSFOIRYROU 7-15 Day Delivery |
| 59 | amazon.com/sp?seller=A2HIZKIO790GDD | kvmfkvj |
| 61 | amazon.com/sp?seller=A1QTWB0ARZPJ2T | Lanzon Direct |
| 63 | amazon.com/sp?seller=A12SYNJMKNRE66 | Leisontac |
| 65 | amazon.com/sp?seller=A25YXIZ5GG6QW5 | Li Ron |
| 69 | dhgate.com/store/21756539 | bei09 |
| 70 | dhgate.com/store/21904929 | brand_1v1_designer_ |
| 71 | dhgate.com/store/21029693 | curtainy |
| 72 | dhgate.com/store/18719952 | datai |
| 73 | dhgate.com/store/21989855 | ddmydesign |
| 74 | dhgate.com/store/21980114 | ddmyhome |
| 75 | dhgate.com/store/20062060 | duixinju |
| 76 | dhgate.com/store/21634846 | ejuhua |
| 77 | dhgate.com/store/21810801 | elobleamate |
| 78 | dhgate.com/store/21029696 | euding |
| 79 | dhgate.com/store/21810877 | forbesany |
| 80 | dhgate.com/store/21810816 | fredericay |
| 81 | dhgate.com/store/21635569 | gonzizhen |
| 82 | dhgate.com/store/21942697 | gucipradas |
| 83 | dhgate.com/store/21630914 | hellosally |
| 84 | dhgate.com/store/20298258 | hogon |
| 85 | dhgate.com/store/21859850 | huo05 |
| 86 | dhgate.com/store/21859851 | huo06 |
| 87 | dhgate.com/store/21569412 | jiao06 |

| | | |
|---|---|---|
| 88 | dhgate.com/store/21772199 | ke2022 |
| 89 | dhgate.com/store/20290233 | lilykang |
| 90 | dhgate.com/store/21631142 | lukasamanic |
| 91 | ebay.com/usr/ch1729 | ch1729 |
| 98 | ebay.com/usr/liming_76 | liming's Makeup shop |
| 99 | walmart.com/seller/102514650 | baitongfushiyouxiangongsi |
| 100 | walmart.com/seller/101653573 | changyudao |
| 102 | walmart.com/seller/102495377 | fengduwashangmao |
| 103 | walmart.com/seller/101576728 | GEEEWN |
| 104 | walmart.com/seller/101646458 | goodssky |
| 105 | walmart.com/seller/102483338 | jinanqiuliangwangluokeji |
| 106 | walmart.com/seller/101693141 | KuangQiQi |
| 107 | walmart.com/seller/102488007 | longuan |
| 108 | wish.com/merchant/589c0b96373d204f5d8a468a | adsl2763 |
| 109 | wish.com/merchant/5536289b00bfac21e1c4d75c | blackbenz |
| 110 | wish.com/merchant/5874a8a32b3fba4d8824b655 | CCR International |
| 111 | wish.com/merchant/61a86a77de01f7e5c1c4dedb | DRAGON |
| 112 | wish.com/merchant/57739f59a6ca281adeaecee4 | fishwhy |
| 113 | wish.com/merchant/5d4d1b643db43e0ef2bb48a0 | Funny shooop |
| 114 | wish.com/merchant/55d190825d0c7611cc3d7106 | jiexi home |
| 115 | wish.com/merchant/5b5c09ad5d12795cf68eca72 | juan1688 |
| 116 | wish.com/merchant/5add55331b98df2f498cb517 | junxiangmaoyi |
| 117 | wish.com/merchant/61349af0a3882f523569ccf6 | KING |
| 118 | wish.com/merchant/5de22bb229e7866348dd6a29 | liujieliu |